[No. 32381-1-III. Division Three. March 8, 2016.]

JOSHUA DRIGGS, *Appellant*, v. ANDREW T.G. HOWLETT ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 10, 2016. In its place, the court filed a partially published opinion. See 193 Wn. App. 875.

[No. 32393-5-III. Division Three. March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WALLACE EDWARD SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 1-6227, Allen Nielson, J., entered March 7, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.

[No. 32695-1-III. Division Three. March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ALFRED ALDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 13-1-00104-1, John Hotchkiss, J., entered August 11, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32855-4-III. Division Three. March 8, 2016.]

JOSHUA DRIGGS, *Respondent*, v. ANDREW T.G. HOWLETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-00182-5, Annette S. Plese, J., entered September 15, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.